E-FILED
Thursday, 05 August, 2010  11:21:37 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| STELLA BENDER, as Parent and Next Friend of D.W., a Minor, ) ) ) Plaintiffs, ) v. ) ) LONNIE NETZEL, in his individual and ) official capacity as an employee of the ) City of Kankakee, et al., ) ) Defendants. ) | Case No. 10-CV-2008 |

## ORDER

A Report and Recommendation (#43) was filed by the Magistrate Judge in the above cause on July 14, 2010. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#43) is accepted by this court.

(2) Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (#38) is GRANTED and Count V of Plaintiffs' First Amended Complaint is dismissed with prejudice.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 5th day of August, 2010

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE